UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIKU W.,

                      Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY.,

                      Defendant.

25 CIVIL 5186 (GRJ)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated June 8, 2026, Plaintiff's request for judgment on the pleadings is DENIED; the Commissioner's request for judgment on the pleadings is GRANTED; accordingly the case is closed.

**Dated:**   New York, New York
             June 9, 2026

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

          **BY:**

                                        **Deputy Clerk**